Case 8:00-cr-00416-SDM   Document 47   Filed 02/15/07   Page 1 of 2 PageID 87
AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
    Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Supervised Release) |
| V. | |
| | Case Number: 8:00-cr-416-T-23MSS |
| TED RICKY EUSTACE FRANCIS | USM Number: 39378-018 |
| | |
| | Laurel Moore, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__   admits committing the Grade "C" violations of the terms of supervision described in counts **1** through **7** of the February 9, 2007, superseding petition:

| Charge | NATURE OF VIOLATION | VIOLATION ENDED |
|---|---|---|
| 1. | Attempting to Elude an Officer | 09/06/2006 |
| 2. | Obstruction of an Officer | 09/06/2006 |
| 3. | Attempting to Elude | 11/04/2006 |
| 4. | Obstruction or Hindering Law Enforcement Officer | 11/04/2006 |
| 5. | Criminal Trespass | 11/04/2006 |
| 6. | Failure to notify of new arrest | 09/06/2006 |
| 7. | Failure to notify of new arrest | 02/08/2007 |

The defendant is sentenced as provided on page two of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

__X__   The court withholds adjudication as to the Grade "C" violation charged in count **8**:

| Charge | NATURE OF VIOLATION | VIOLATION ENDED |
|---|---|---|
| 8. | Unlawful Re-Entry | 09/01/2006 |

It is ordered that the defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 15, 2007
Date of Imposition of Sentence

*[signature]*

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

February 15th, 2007
Date

DEFENDANT: TED RICKY EUSTACE FRANCIS  Judgment - Page __2__ of __2__
CASE NUMBER: 8:00-cr-416-T-23MSS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **ELEVEN (11) MONTHS.**

__X__ The court makes the following recommendations to the Bureau of Prisons: **Confinement at Coleman, Florida.**

__X__ **The defendant is remanded to the custody of the United States Marshal.**

_____ The defendant shall surrender to the United States Marshal for this district:

___ at _____ a.m.  p.m. on _____.

___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

___ before 2 p.m. on _____.

___ as notified by the United States Marshal.

___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL